IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY L. MAGWOOD,
    Plaintiff,

vs.                                                     Case No. 3:12cv140/RV/CJK

KENNETH S. TUCKER, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This case filed under 42 U.S.C. § 1983 is before the Court upon referral from the Clerk. On November 28, 2012, the undersigned entered an order directing plaintiff to file, within thirty (30) days, a second amended civil rights complaint limited to plaintiff's individual capacity claims for nominal damages against defendants Captain Schwartz and Sergeant Boquist for their alleged violation of plaintiff's First and Eighth Amendment rights on February 21-23, 2011. (Doc. 15). To date, plaintiff has not complied with the order, and has not responded to the Court's January 7, 2013 order (doc. 23) requiring him to show cause, within twenty-one days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 7th day of February, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).